**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20059-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CHENGZHE WANG**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on April 21, 2025 and April 22, 2024 for jury trial, and upon the Defendant, Chengzhe Wang's *ore tenus* Motion for Judgment of Acquittal. For the reasons stated on the record in open court, it is

**ORDERED AND ADJUDGED** that the Motion for Judgment of Acquittal is **GRANTED**. The Defendant is to be released from the custody of the Bureau of Prisons forthwith.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of April, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record